# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADDISON ORR, | Case No. 2:20-cv-00432-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

On March 9, 2020, the court entered an order requiring Plaintiff to file an application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 3).) Plaintiff's deadline for doing so was April 6, 2020. (*Id.*) Plaintiff has not complied with the court's order. Accordingly,

IT IS ORDERED that, by 5/11/2020, Plaintiff must either: (1) file a complete application to proceed in forma pauperis, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: April 9, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE