# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADDISON ORR, | Case No. 2:20-cv-00432-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

The United States Postal Service has returned as undeliverable to Plaintiff Addison Orr a recent order of this court (ECF No. 6). (*See* ECF No. 7.) Thus, it appears that Plaintiff is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Plaintiff must file a notice with his current address with the court by May 29, 2020. If Mr. Orr does not update his address by that date, the court will recommend default judgment be entered against him in this case.

IT IS SO ORDERED.

DATED: April 27, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE